## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  CASE NO. 2:10-CR-55-FTM-36-DNF

RODERICK L. COCHRAN,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on August 9, 2010 (Dkt. 29). Following an evidentiary hearing held on August 2, 2010, the Magistrate Judge recommends in his Report and Recommendation that the Court deny the Motion to Suppress Identification (Dkt. 25), filed by the Defendant. Neither party has filed any objections to the Report and Recommendation, and the time for doing so has now expired.

After carefully considering Defendant's Motion to Suppress Identification, the Government's Response in Opposition (Dkt. 27), and Magistrate Judge Frazier's Report and Recommendation, and undertaking a *de novo* review of the legal determinations recommended in the Report and Recommendation, the Court concludes that Magistrate Judge Frazier's Report and Recommendation should be confirmed and accepted.

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** as follows:

-2-

      1.      The Report and Recommendation of the Magistrate Judge (Dkt. 29) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

      2.      Defendant's Motion to Suppress Identification (Dkt. 25) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 25, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Douglas N. Frazier
Counsel of Record